In the Matter of the Probate of the Last Will and Testament of HELENE RENDSBURG, Deceased. WOLF E. RENDSBURG, Appellant; BURTON C. MEIGHAN, Special Guardian for THEODORE NEPPERT and Another, Respondents.— Decree of the Surrogate's Court of Westchester county affirmed, with costs to the respondents payable out of the estate. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of Proving the Last Will and Testament of GILBERT SOUTHARD, Deceased. JAMES H. RUSSELL and LULU V. SCOFIELD, as Executors, etc., Appellants; AUGUSTA PASCAL, Respondent.— Decree of the Surrogate's Court of Dutchess county reversed, without costs, and new trial ordered, upon the ground that there is not sufficient evidence to sustain the finding that the will was procured by undue influence on the part of James H. Russell. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

In the Matter of BENJAMIN TAISHOFF and PHILIP TAISHOFF, Respondents, on an Application to Adjust the Liens of ABRAHAM B. SCHLEIMER, Respondent, and MAX SCHLEIMER, Appellant, Attorneys at Law.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

JOHN J. JEFFARDS, Appellant, v. JOHN CARR, Respondent.— Judgment affirmed, with costs. No opinion. Thomas, Stapleton, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

SOPHIE JENSEN, as Administratrix, etc., of JORGEN P. JORGENSEN, Deceased, Respondent, v. JOHN D. KILLIAN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MOLLIE KASSEL, as Administratrix, etc., of VICTOR KASSEL, Deceased, Respondent, v. EMPIRE TINWARE COMPANY and Others, Appellants.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

HORACE L. KENT, Respondent, v. GEORGE H. FRASER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.